Fill in this information to identify the case:

Debtor name TIG Reaper LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) ____________________

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1: Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | $4,246.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | TD Bank | Checking | 9422 | $5,727.73 |
| 3.2. | TD Bank | Checking | 2239 | $2,120.76 |
| 3.3. | TD Bank | Checking | 8914 | $2,497.83 |
| 3.4. | TD Bank | Checking | 5555 | $4,026.51 |
| 3.5. | TD Bank | Checking | 5563 | $246.62 |
| 3.6. | TD Bank | Checking | 5571 | $7,904.96 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor TIG Reaper LLC
Name
Case number *(If known)*

| | | | | |
|---|---|---|---|---|
| 3.7. | TD Bank | Checking | 2777 | $3,428.55 |
| 3.8. | Bank Midwest | Checking | 8167 | $1,323.91 |

4. **Other cash equivalents** ***(Identify all)***

5. **Total of Part 1.** $31,522.87

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security Deposit at 9173 Roosevelt Blvd, Suite 32, Philadelphia, PA 191114 (Store Name 1190 - North East Philly) | $10,482.50 |
| 7.2. | Security Deposit at 122 Park Avenue, Willow Grove, PA 19090 (Store 1247 - Willow Grove) | $14,697.11 |
| 7.3. | Security Deposit at 1731 Chestnut Street, Suite 1, Philadelphia, PA 19103 (Store Name 1262 - Chestnut Street) | $16,666.67 |
| 7.4. | Security Deposit at at 270 N West End Blvd, Quakertown, PA 18951 (Store 1341 - Quakertown) | Unknown |
| 7.5. | Security Deposit at 318 N Dupont Highway, Dover DE 19901 (Store 1342 - Dover) | $7,800.00 |
| 7.6. | Utility Deposits (various) | $4,920.40 |
| 7.7. | Other Deposit - Smallwares Deposit in Store 1190 (DE) | $7,174.66 |
| 7.8. | Advance Taxes | $9,000.00 |
| 7.9. | Security Deposit at 4435 Kirkwood Highway, Suite B, Wilmington, DE 19808 (Store 1444 - Wilmington) | $11,937.17 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor TIG Reaper LLC
Name

Case number *(If known)*

7.10. Security Deposit at 36461 Seaside Outlet Drive, Suite 1920, Rehoboth Beach, DE 19971 (Store 1483 - Rehoboth) — $12,500.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81. — **$95,178.51**

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 87,601.66 | - | 0.00 | = .... | $87,601.66 |
| 11a. 90 days old or less: | 1,731.08 | - | 0.00 | = .... | $1,731.08 |
| 11a. 90 days old or less: | 891.74 | - | 0.00 | = .... | $891.74 |
| 11a. 90 days old or less: | 37,413.65 | - | 0.00 | = .... | $37,413.65 |
| 11a. 90 days old or less: | 8,728.65 | - | 0.00 | = .... | $8,728.65 |
| 11a. 90 days old or less: | 24,239.92 | - | 0.00 | = .... | $24,239.92 |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. — **$160,606.70**

**Part 4: Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☒ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor TIG Reaper LLC Case number *(If known)*
Name

Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity: % of ownership

| Name of entity | % of ownership | | |
|---|---|---|---|
| 15.1. Managing Member of Reaper Time NJ 1, LLC | 80.02 % | | Unknown |
| 15.2. Managing Member of Reaper Time PA 1, LLC | 90 % | | Unknown |
| 15.3. Managing Member of Reaper Time PA 2, LLC | 80.02 % | | Unknown |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**
Add lines 14 through 16. Copy the total to line 83. **$0.00**

**Part 5: Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Chicken, Buns, Fries, Sauces, etc | | $46,166.00 | | $18,466.53 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** Chips, Drinks, etc | | $8,987.84 | | $4,500.00 |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84. **$22,966.53**

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor TIG Reaper LLC Case number *(If known)*
Name

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| | **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | See Exhibit A | $2,701,155.48 | | $675,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$675,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9: Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor TIG Reaper LLC Case number (If known)
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | Lease at at 318 N Dupont Highway, Dover DE 19901 (Store 1342 - Dover) | lease | $0.00 | | Unknown |
| 55.2. | Lease at 4435 Kirkwood Highway, Suite B, Wilmington, DE 19809 (Store 1444 - Wilmington) | lease | $0.00 | | Unknown |
| 55.3. | Lease at at 1731 Chestnut Street, Suite 1, Philadelphia, PA 19103 (Store Name 1262 - Chestnut Street) | lease | $0.00 | | Unknown |
| 55.4. | Lease at 270 N West End Blvd, Quakertown, PA 18951 (Store 1341 - Quakertown) | lease | $0.00 | | Unknown |
| 55.5. | Lease at 9173 Roosevelt Blvd, Suite 32, Philadelphia, PA 191114 (Store Name 1190 - North East Philly) | lease | $0.00 | | Unknown |
| 55.6. | Lease at 122 Park Avenue, Willow Grove, PA 19090 (Store 1247 - Willow Grove) | lease | $0.00 | | Unknown |
| 55.7. | Lease at at 36461 Seaside Outlet Drive, Suite 1920, Rehoboth Beach, DE 19971 (Store 1483 - Rehoboth) | lease | $0.00 | | Unknown |

56. **Total of Part 9.** $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

Part 10: **Intangibles and intellectual property**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor TIG Reaper LLC Case number *(If known)*
Name

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| | Franchise Agreements with Dave's Hot Chicken at seven locations (1190 - North East Philly; 1247 Willow Grove; 1261 Chestnut Street; 1341 Quakertown; 1342 Dover; 1444 Wilmington; 1483 Rehoboth) | $0.00 | | Unknown |
| | Development Agreement with Dave's Hot Chicken | $180,000.00 | | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor TIG Reaper LLC
Name

Case number *(If known)*

Counterclaim and Adversary Proceeding against Bank Midwest — Unknown

**Nature of claim**

**Amount requested** $0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Leasehold Improvements as to seven locations (1190 - North East Philly; 1247 Willow Grove; 1261 Chestnut Street; 1341 Quakertown; 1342 Dover; 1444 Wilmington; 1483 Rehoboth) — Unknown

78. **Total of Part 11.** — $0.00

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor TIG Reaper LLC Case number *(If known)*
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $31,522.87 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $95,178.51 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $160,606.70 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $22,966.53 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $675,000.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9*.......> | | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | | |
| 91. | **Total.** Add lines 80 through 90 for each column | $985,274.61 | + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | | $985,274.61 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# EXHIBIT A

# TIG Reaper LLC Equipment List

## Roosevelt Blvd - Store 1190

| Equipment Description | Qty | Model / Reference |
|---|---|---|
| True Undercounter Refrigerator | 1 | TUC-27D-2-HC |
| True Reach-In Freezer | 1 | T-23F-HC |
| True Refrigerated Back-Bar Cabinet | 1 | TBR48-RISZ1-L-S-GG-1 |
| Pitco 2-Fryer Gas Battery | 1 | SSH60-2FD-DHC |
| Pitco 3-Fryer Gas Battery | 1 | SSH75-3FD-DHC |
| True Mega-Top Sandwich/Salad Prep Refrigerator | 1 | TFP-32-12M |
| True Reach-In Freezer | 1 | T-49F-HC |
| Taylor Four-Flavor Shake Machine | 1 | 60 |
| Follett Horizon Elite Micro Chewblet Ice Machine | 1 | HMC1410AHT |
| Follett Stainless Top Kit | 1 | H30L30-F-STP |
| Follett High-Capacity Water Filter System | 1 | 00978957 |
| Follett Sleep Cycle Kit | 1 | 01338276 |
| FWE Undercounter Heated Cabinet | 1 | ETC-1826-5HD |
| Antunes Countertop Portion Steamer | 2 | MS-150-9100423 |
| Antunes Vertical Contact Toaster | 2 | VCT-2-9210990 |
| Electrolux Thawing Cabinet | 2 | 725154 |
| Hatco 48 in. Infrared Heat Lamp | 2 | GRAL-48 |
| Hatco 24 in. Infrared Heat Lamp | 1 | GRAL-24 |
| John Boos Hand Sink | 2 | PBHS-W-0909SSLR-X |
| Metro Manager's Desk Solid Shelf, 60 x 24 in. | 1 | 2460FS |
| Metro Manager's Desk Wire Shelf, 60 x 24 in. | 2 | 2460NC |
| John Boos 60 x 36 in. Spice Work Table | 1 | ST6R5-3660SSK |
| John Boos 2-Row Spice Rack | 1 | Z-DAVESHCSPICE-2 |
| Captive-Aire 14 ft. Exhaust Hood | 1 | 5424ND-2-ACPSP-F |
| ANSUL 8-Gallon Fire-Suppression System | 1 | TANK-SP-2 |
| Captive-Aire Exhaust Fan | 1 | DU180HFA |
| Captive-Aire Direct-Gas-Fired Make-Up Air Unit | 1 | A2-D.250-20D-MPU |
| Captive-Aire 5-Ton Packaged Cooling Module | 1 | Size 2 DF/EH Module |
| Captive-Aire CASLink Monitoring System | 1 | CAS LINK MONITORING |
| Captive-Aire Demand-Control Ventilation System | 1 | DCV-1111 |
| Captive-Aire Double-Wall Stainless Duct Run | 1 | Duct Run #1 |

## Willow Grove - Store 1247

| Equipment Description | Qty | Model / Reference |
|---|---|---|
| Kolpak Walk-In Cooler | 1 | N/A |
| Kolpak Medium-Temp Condensing Unit | 1 | KPC48MOP-2E |
| Kolpak Medium-Temp Unit Cooler | 1 | KAM16-052-1EC-PR-8 |
| Kolpak Walk-In Freezer | 1 | N/A |
| Kolpak Low-Temp Condensing Unit | 1 | KPC248LZOP-2E |
| Kolpak Low-Temp Unit Cooler | 1 | KEL26-066-2EC-PR-8 |
| John Boos Two-Compartment Sink | 1 | 2B18244-2D18-X |
| John Boos Three-Compartment Sink | 1 | E3S8-18-14T18-X |
| John Boos Hand Sink | 2 | PBHS-W-0909-SSLR-X |
| John Boos Cup Cart | 1 | Z-DAVESHC-MCH |

| Equipment Description | Qty | Model / Reference |
|---|---|---|
| True Worktop Freezer | 1 | TWT-27F-HC |
| True Undercounter Refrigerator | 1 | TUC-27D-2-HC |
| True Refrigerated Back-Bar Cabinet | 1 | TBR48-RISZ1-L-S-GG-1 |
| Pitco 75 lb. Gas Fryer Battery | 1 | SSH75-2FD-DHC |
| Pitco 50-60 lb. Gas Fryer Battery | 1 | SSH60-2FD-DHC |
| Dormont Blue Hose Gas Connector Kit | 2 | 16100KIT60 |
| Oil Solutions Fryer Retrofit Kit | 2 | D3ADADHC |
| True Mega-Top Prep Refrigerator | 1 | TFP-32-12M |
| True Mega-Top Prep Refrigerator | 1 | TSSU-48-18M-B-HC |
| Hatco French Fry Holding Station | 1 | GRFHS-21 |
| Taylor Four-Flavor Shake Machine | 1 | 0060 |
| Scotsman Nugget Ice Maker | 1 | NH1322A-32 |
| FWE Undercounter Heated Cabinet | 1 | ETC-1826-5HD |
| Antunes Countertop Portion Steamer | 1 | MS-150-9100423 |
| Antunes Vertical Contact Toaster | 1 | VCT-2-9210990 |
| Electrolux Thawing Refrigerator | 2 | 725449 |
| Bluedot Double-Door Safe | 1 | BSM282016DP1E1X2 |
| Hatco 48 in. Infrared Heat Lamp | 2 | GRAL-48 |
| True Dual-Side Mega-Top Prep Refrigerator | 1 | TSSU-72-18-DS-HC |
| John Boos 72 in. Work Table | 1 | ST6R1.5-3072SBK-X |
| John Boos Modified 60 in. Work Table | 1 | ST6-2460SSK |
| John Boos Modified 72 in. Work Table | 1 | ST6R5-3672SSW |
| John Boos Modified 24 in. Work Table | 1 | ST6-3024SSK |
| John Boos 48 in. Work Table | 2 | ST6-2448SSK-X |
| John Boos Fry-Dump Work Table | 1 | ST6-4860SBK |
| John Boos Pass-Through Shelf | 1 | PTS16K-1860 |

## Chestnut - Store 1261

| Equipment Description | Qty | Model / Reference |
|---|---|---|
| Kolpak Combo Walk-In Cooler/Freezer | 1 | N/A |
| Kolpak Medium-Temp Condensing Unit | 1 | KPC48MOP-2E |
| Kolpak Medium-Temp Unit Cooler | 1 | KAM16-052-1EC-PR-8 |
| Kolpak Low-Temp Condensing Unit | 1 | KPC198LZOP-2E |
| Kolpak Low-Temp Unit Cooler | 1 | KEL16-049-2EC-PR-8 |
| John Boos One-Compartment Sink | 1 | 1PB244-1D30L |
| John Boos Three-Compartment Sink | 1 | 3B184-2D18-X |
| John Boos Hand Sink | 2 | PBHS-W-0909-SSLR-X |
| John Boos Cup Cart | 1 | Z-DAVESHC-MCH |
| Pitco 3-Fryer 75 lb. Gas Battery | 1 | SSH75-3FD-DHC |
| True Worktop Freezer | 1 | TWT-27F-HC |
| True Undercounter Refrigerator | 1 | TUC-27D-2-HC |
| True Refrigerated Back-Bar Cabinet | 1 | TBR48-RISZ1-L-S-GG-1 |
| Pitco 50-60 lb. Gas Fryer Battery | 1 | SSH60-2FD-DHC |
| Dormont Blue Hose Gas Connector Kit | 2 | 16100KIT60 |
| Oil Solutions Fryer Retrofit Kit | 2 | D3ADADHC |
| True Mega-Top Prep Refrigerator | 1 | TFP-32-12M |
| True Mega-Top Prep Refrigerator | 1 | TSSU-48-18M-B-HC |

| Equipment Description | Qty | Model / Reference |
|---|---|---|
| Hatco French Fry Holding Station | 1 | GRFHS-21 |
| Taylor Four-Flavor Shake Machine | 1 | 0060 |
| Scotsman Nugget Ice Maker | 1 | NH1322A-32 |
| FWE Undercounter Heated Cabinet | 1 | ETC-1826-5HD |
| Antunes Countertop Portion Steamer | 1 | MS-150-9100423 |
| Antunes Vertical Contact Toaster | 1 | VCT-2-9210990 |
| Electrolux Thawing Refrigerator | 2 | 725449 |
| Bluedot Double-Door Safe | 1 | BSM282016DP1E1X2 |
| Hatco 48 in. Infrared Heat Lamp | 2 | GRAL-48 |
| True Reach-In Freezer | 1 | T-49F-HC |
| True Reach-In Refrigerator | 1 | T-49-HC |
| John Boos Pass-Through Shelf | 1 | PTS16K-1848 |
| GSW USA Six-Tier Employee Locker | 2 | ELS-6DR |
| 72 in. Single Upholstered Booth | 3 | B4 |
| Maple Butcher-Block Table Top, 30 x 24 in. | 2 | C1 |
| Maple Butcher-Block Table Top, 30 x 48 in. | 1 | C2/D2 |
| ADA Maple Butcher-Block Table Top, 30 x 48 in. | 1 | C2.1 |
| 3-Seat Maple Butcher-Block Eating Counter | 1 | E1 |
| 5-Seat Maple Butcher-Block Eating Counter | 1 | E1 |
| 22 in. End-Pedestal Table Base | 2 | N/A |
| 22 x 22 in. Freestanding Table Base | 2 | N/A |
| 24 x 30 in. Freestanding Table Base | 1 | N/A |
| Bolt-Down Bar-Height Table Base | 8 | N/A |
| Red Metal Chair | 6 | A3 |
| Red Metal Stack Bar Stool, 30 in. | 16 | A2 |
| Beverage Station with Trash-Ring Cutout | 1 | N/A |
| 54.25 in. Stainless Front Service-Counter Top | 1 | N/A |
| 72.5 in. Stainless Front Service-Counter Top | 1 | N/A |
| Stainless Service-Counter Pin Leg | 4 | N/A |
| 18 in. Wall Cleat | 5 | N/A |
| Hickory Wood Wall / Counter Fascia | 52 | SF |
| Diamond-Plate Metal Wall Panel | 1 | Approx. 440 SF |
| Aluminum J-Mold Channel | 9 | 144 in. |
| Aluminum Angle | 2 | 144 in. |
| Diamond-Plate Base Molding | 1 | Approx. 150 FT |
| 4-Seat Maple Butcher-Block Eating Counter | 1 | E1 |
| 4-Seat Maple Butcher-Block Eating Counter with Modesty Panel | 1 | E1 |
| Bolt-Down Bar-Height Table Base with Modesty Panel Clips | 3 | N/A |

## Quakertown - Store 1341

| Equipment Description | Qty | Model / Reference |
|---|---|---|
| Quantum Dunnage Shelving | 1 | 1836DSGY |
| Metro SmartWall Prong Hook | 1 | Model not exposed |
| John Boos 6-Row Spice Rack | 1 | Model not exposed |
| Exterior Table Top and Base, 30 x 24 in. | 4 | G1 |
| Exterior Table Top and Base, 30 x 48 in. | 6 | G2 |
| Outdoor Sensilla Chair, Red | 32 | F1 |

| Equipment Description | Qty | Model / Reference |
|---|---|---|
| Maple Butcher-Block Table Top, 30 x 24 in. | 6 | C1 |
| Maple Butcher-Block Table Top, 30 x 48 in. | 1 | C2 |
| ADA Maple Butcher-Block Table Top, 30 x 48 in. | 2 | C2.1 |
| 5-Seat Maple Butcher-Block Eating Counter with Modesty Panel | 1 | E1 |
| 22 in. End-Pedestal Table Base | 4 | N/A |
| 22 x 22 in. Freestanding Table Base | 6 | N/A |
| 24 x 30 in. Freestanding Table Base | 1 | N/A |
| Bolt-Down Bar-Height Table Base with Modesty Panel Clips | 3 | N/A |
| Red Metal Chair | 24 | A3 |
| Red Metal Stack Bar Stool, 30 in. | 5 | A2 |
| Beverage Station with Trash-Ring Cutout | 1 | N/A |
| 132 in. Stainless Front Service-Counter Top | 1 | N/A |
| Stainless Service-Counter Pin Leg | 3 | N/A |
| 18 in. Wall Cleat | 6 | N/A |
| Hickory Wood Wall / Counter Fascia | 52 | SF |
| Diamond-Plate Metal Wall Panel | 1 | Approx. 960 SF |
| Aluminum J-Mold Channel | 18 | 144 in. |
| Aluminum Angle | 8 | 144 in. |
| Diamond-Plate Base Molding | 1 | Approx. 250 FT |

## Dover - Store 1342

| Equipment Description | Qty | Model / Reference |
|---|---|---|
| Metro Wire Shelf 36 x 18 in. | 42 | 1836NK4 |
| Metro Dunnage Shelf 36 x 18 in. | 14 | 1836DRK4 |
| Metro Wire Shelf 48 x 18 in. | 18 | 1848NK4 |
| Metro Dunnage Shelf 48 x 18 in. | 6 | 1848DRK4 |
| John Boos Hand Sink | 2 | PBHS-W-0909-P-SSLR-X |
| John Boos Cup Cart | 2 | Z-DAVESHC-MCH |
| Pitco 3-Fryer 75 lb. Gas Battery | 1 | SSH75-3FD-DHC |
| True Worktop Freezer | 1 | TWT-27F-HC |
| True Undercounter Refrigerator | 1 | TUC-27D-2-HC |
| True Refrigerated Back-Bar Cabinet | 1 | TBR48-RISZ1-L-S-GG-1 |
| Pitco 50-60 lb. Gas Fryer Battery | 1 | SSH60-2FD-DHC |
| Dormont Blue Hose Gas Connector Kit | 2 | 16100KIT60 |
| Oil Solutions Fryer Retrofit Kit | 2 | D3ADADHC |
| True Mega-Top Prep Refrigerator | 1 | TFP-32-12M |
| True Mega-Top Prep Refrigerator | 1 | TSSU-48-18M-B-HC |
| Hatco French Fry Holding Station | 1 | GRFHS-21 |
| Taylor Four-Flavor Shake Machine | 1 | 0060 |
| Scotsman Nugget Ice Maker | 1 | NH1322A-32 |
| FWE Undercounter Heated Cabinet | 1 | ETC-1826-5HD |
| Antunes Countertop Portion Steamer | 1 | MS-150-9100423 |
| Antunes Vertical Contact Toaster | 1 | VCT-2-9210990 |
| Electrolux Thawing Refrigerator | 2 | 725449 |
| Bluedot Double-Door Safe | 1 | BSM282016DP1E1X2 |
| Hatco 48 in. Infrared Heat Lamp | 2 | GRAL-48 |
| True Mega-Top Prep Refrigerator | 1 | TSSU-48-18M-B-HC |

| Equipment Description | Qty | Model / Reference |
|---|---|---|
| John Boos 36 in. Work Table | 1 | ST6R1.5-3036SSW |
| John Boos 60 in. Work Table | 1 | ST6-3060SBW |
| John Boos Modified 60 in. Work Table | 1 | ST6-2460SSW |
| John Boos 60 in. Work Table with Undershelf | 1 | ST6-3060SSW |
| John Boos Spice Work Table | 1 | ST6R5-3060SSW |
| John Boos 48 in. Work Table | 1 | ST6-3648SSW |
| John Boos 36 in. Work Table | 1 | ST6-2436SSW |
| John Boos Pass-Through Shelf | 1 | PTS16K-1860 |
| Scotsman Nugget Ice Maker | 2 | NH1322A-32 |
| GSW USA Indoor Trash Receptacle | 2 | S-WRA32 |
| Captive-Aire Hood / Ventilation Package | 1 | N/A |
| ANSUL Fire-Suppression System | 1 | N/A |
| Interior Chairs | 1 | Line 12 |
| Wood Wall Panels | 1 | Line 17 |
| 72 in. Single Upholstered Booth | 1 | B4 |
| 84 in. Single Upholstered Booth | 2 | B5 |
| Maple Butcher-Block Table Top, 30 x 24 in. | 2 | C1 |
| Maple Butcher-Block Table Top, 30 x 48 in. | 4 | C2 |
| ADA Maple Butcher-Block Table Top, 30 x 48 in. | 2 | C2.1 |
| ADA Maple Butcher-Block Table Top, 30 x 72 in. | 2 | C2.2 |
| 22 in. End-Pedestal Table Base | 4 | N/A |
| 22 x 22 in. Freestanding Table Base | 2 | N/A |
| 24 x 30 in. Freestanding Table Base | 4 | N/A |
| Bolt-Down Standard-Height Table Base | 4 | N/A |
| Red Metal Chair | 33 | A3 |
| Beverage Station with Trash-Ring Cutout | 1 | N/A |
| 136 in. Stainless Front Service-Counter Top | 1 | N/A |
| Stainless Service-Counter Pin Leg | 3 | N/A |
| 18 in. Wall Cleat | 6 | N/A |
| Hickory Wood Wall / Counter Fascia | 78 | SF |
| Diamond-Plate Metal Wall Panel | 1 | Approx. 720 SF |
| Aluminum J-Mold Channel | 14 | 144 in. |
| Aluminum Angle | 8 | 144 in. |
| Diamond-Plate Base Molding | 1 | Approx. 180 FT |