Fill in this information to identify the case:

Debtor name TIG Reaper LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Lease for 36341 Seaside Outlet, Suite 1920, Rehoboth Beach, DE 19971 | COROC / Rehoboth III LLC<br>Tanger Mangement LLC<br>3200 Northline Avenue, Suite 360<br>Greensboro, NC 27408 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement for 9173 Roosevelt Blvd, Suite 32, Philadelphia PA 19114 | Dave's Hot Chicken Franchise Co., LLC<br>600 Playhouse Alley Unit 504<br>Pasadena, CA 91101 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement for for 122 Park Avenue, Willow Grove, PA 19090 | Dave's Hot Chicken Franchise Co., LLC<br>600 Playhouse Alley Unit 504<br>Pasadena, CA 91101 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement for for 1731 Chestnut Street, Suite 1, Philadelphia PA 19103 | Dave's Hot Chicken Franchise Co., LLC<br>600 Playhouse Alley Unit 504<br>Pasadena, CA 91101 |
| State the term remaining | | |
| List the contract number of any government contract | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 TIG Reaper LLC (First Name, Middle Name, Last Name) Case number (if known) ____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement for for 270 N West Blvd, Quakertown PA 18951 | |
| State the term remaining | | |
| List the contract number of any government contract | | Dave's Hot Chicken Franchise Co., LLC<br>600 Playhouse Alley Unit 504<br>Pasadena, CA 91101 |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement for 318 N Dupont Highway, Dover DE 19901 | |
| State the term remaining | | |
| List the contract number of any government contract | | Dave's Hot Chicken Franchise Co., LLC<br>600 Playhouse Alley Unit 504<br>Pasadena, CA 91101 |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement for for 4435 Kirkwood Highway, Suite B, Wilmington DE 19808 | |
| State the term remaining | | |
| List the contract number of any government contract | | Dave's Hot Chicken Franchise Co., LLC<br>600 Playhouse Alley Unit 504<br>Pasadena, CA 91101 |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest | Development Agreement | |
| State the term remaining | | |
| List the contract number of any government contract | | Dave's Hot Chicken Franchise Co., LLC<br>600 Playhouse Alley Unit 504<br>Pasadena, CA 91101 |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest | General Contractor for Flemington, Langhorne, Upper Daryby and Rehoboth Location | |
| State the term remaining | | |
| List the contract number of any government contract | | Dover Contracting Company, Inc.<br>693 East Bay Avenue<br>Barnegat, NJ 08005 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 TIG Reaper LLC Case number (*if known*)
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | POS Connect, Vendor Connect, Inventory Management, Recipe Management, BarcodeScanning, Actual vs Theoretical Food Contract for Costing, Cash/Till Management, Operations Reporting, Daily Sales & Labor Polling, Forecasting, Logbook at various locations | DYN365, Inc. dba Restaurant 365<br>500 Technology Drive,<br>Irvine, CA 92618 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Sales and Service Agreement for various locations; Prep-n-Print Flex Software | Ecolab<br>53 McCullough Drive<br>New Castle, DE 19720 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 9173 Roosevelt Blvd, Suite 32, Philadelphia PA 19114 | Federal Realty Inv Trust<br>Northeast Shopping Center -Lockbox #9320<br>PO Box 8500<br>Philadelphia, PA 19178-9320 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 122 Park Avenue, Willow Grove, PA 19090 | Federal Realty Inv Trust<br>Northeast Shopping Center -Lockbox #9320<br>PO Box 8500<br>Philadelphia, PA 19178-9320 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 TIG Reaper LLC — Case number (*if known*)

First Name Middle Name Last Name

## Additional Page If You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | Lease for 270 N West Blvd, Quakertown PA 18951 | Highland Pineville Quakertown Pad Ass.LP<br>310 Yorktown Plaza<br>Elkins Park, PA 19027 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.15. State what the contract or lease is for and the nature of the debtor's interest | Lease for 1731 Chestnut Street, Suite 1, Philadelphia PA 19103 | MIDWOOD MANAGEMENT CORP<br>430 PARK AVENUE SUITE 201<br>New York, NY 10022 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest | Lease for 4435 Kirkwood Highway, Suite B, Wilmington DE 19808 | Oekos Kirkwood LLC<br>8300 Guilford Road, Suite C,<br>Columbia, MD 21046 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest | Point of Sale Contract for Services for multiple locations | Qu Pos, Inc.<br>1100 Wilson Blvd, suite 2920<br>Arlington, VA 22209 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.18. State what the contract or lease is for and the nature of the debtor's interest | Supply and Fryer Filtration Monitoring Agreement for all locations | Resturant Technolgoies, Inc.<br>2250 Pilot Knob Road<br>Saint Paul, MN 55120-1127 |
| State the term remaining | | |
| List the contract number of any government contract | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 TIG Reaper LLC — Case number (if known) ____________

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Waste Contract for Roosevelt Blvd | |
| | State the term remaining | | The O'Keefe Group<br>PO Box 1240<br>Attleboro, MA 02703 |
| | List the contract number of any government contract | | |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Waste Contract for Willow Grove location | |
| | State the term remaining | | The O'Keefe Group<br>PO Box 1240<br>Attleboro, MA 02703 |
| | List the contract number of any government contract | | |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Management Agreement for all locations | |
| | State the term remaining | | TIG Corp. LLC<br>406 Executive Dr,<br>Langhorne, PA 19047 |
| | List the contract number of any government contract | | |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | DHC MSA & Porting Agreement for Internet Services | |
| | State the term remaining | | Vivant Corporation<br>2727 Lyndon B. Johnson Fwy, Suite 204<br>Dallas, TX 75234 |
| | List the contract number of any government contract | | |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Waste Management contract for Rehoboth Beach location | |
| | State the term remaining | | Waste Masters Solutions, LLC<br>19 Davidson Lane<br>New Castle, DE 19720 |
| | List the contract number of any government contract | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 TIG Reaper LLC — First Name / Middle Name / Last Name

Case number (*if known*)

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest | Waste Contract for Dover DE location | |
| State the term remaining | | |
| List the contract number of any government contract | | Waste Masters Solutions, LLC<br>19 Davidson Lane<br>New Castle, DE 19720 |
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest | Lease for 318 N Dupont Highway, Dover DE 19901 | |
| State the term remaining | | |
| List the contract number of any government contract | | Zayn Properties LLC<br>905 Sandy Hill Trail<br>Camden Wyoming, DE 19934 |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest | Architect Agreement for Flemington | |
| State the term remaining | | |
| List the contract number of any government contract | | Zelta Design<br>139 Chestnut Street<br>Nutley, NJ 07110-2311 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy